■ In the Matter of BRIANNA J. ADMINISTRATION FOR CHILDREN'S SERVICES, Appellant; EDGIRE J. et al., Respondents. [937 NYS2d 597]

Contrary to its contention, the petitioner, Administration for Children's Services, failed to establish a prima facie case of neglect against the respondent parents with respect to the subject child (*see* Family Ct Act § 1012 [f] [i]). Accordingly, the petition against both of the respondents was properly dismissed. Skelos, J.P., Dickerson, Austin and Miller, JJ., concur.